GROSS INCOME TAX DIVISION, STATE OF INDIANA,
v. SHOWALTER.

[No. 28,352. Filed May 6, 1948. Rehearing denied June 25, 1948.]

*Cleon H. Foust,* Attorney General, *John J. McShane, Eugene M. Fife, Jr.,* and *Lloyd C. Hutchinson,* Deputy Attorneys General, for appellant.

*Donald R. Mote,* of North Manchester, for appellee.

GILKISON, J.—The issues and facts in this case, except as to the amount of tax, penalties and interest collected, are substantially identical with the issues and facts in Gross Income Tax Division, State of Indiana v. Eileen Elizabeth Strauss, No. 28,350, this day decided. Upon the authority of that case, the judgment is affirmed.

Emmert, C. J., not participating.

Note.—Reported in 79 N. E. 2d 107.

GROSS INCOME TAX DIVISION, STATE OF INDIANA,
v. GOEHLER.

[No. 28, 353. Filed May 6, 1948. Rehearing Denied June 25, 1948.]

*Cleon H. Foust,* Attorney General, *John J. McShane, Eugene M. Fife, Jr.* and *Lloyd C. Hutchinson,* Deputy Attorneys General, for appellant.

*Donald R. Mote,* of North Manchester, for appellee.

GILKISON, J.—The issues and facts in this case except as to the amount of tax, penalties and interest collected are in all essential matters, similar to the issues and facts in Gross Income Tax Division, State of Indiana v. Eileen Elizabeth Strauss, No. 28,350, this day decided. Upon the authority of that case, the judgment is affirmed.

Emmert, C. J., not participating.

Note.—Reported in 79 N. E. 2d 107.